IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF VIRGINIA

Richmond Division

SS RICHMOND LLC,
MK RICHMOND LLC,
     Plaintiffs,

                                  Civil No. 3:22cv405(DJN)

     v.

CHRISTOPHER A. HARRISON,
THE C.A. HARRISON COMPANIES, LLC,
CAH MODEL TOBACCO, LLC,
McKENZIE BLAKE DEVELOPMENT COMPANY,
LLC,
     Defendants.

## **ORDER**
**(Denying Motion to Dismiss and Granting Motion to Dismiss Counterclaim)**

This matter comes before the Court on Defendants' Motion to Dismiss the Amended

Complaint (ECF No. 44) and Plaintiffs' Motion to Dismiss Defendants' Amended Counterclaim

(ECF No. 41), moving to dismiss Plaintiffs' Amended Complaint (ECF No. 44) under Federal

Rules of Civil Procedure 12(b)(1) and 12(b)(6) and to dismiss Defendants' Second Cause of

Action Counterclaim (ECF No. 41) under Federal Rules of Civil Procedure 12(b)(1) and

12(b)(6), respectively.

For the reasons stated in the accompanying Memorandum Opinion, and pursuant to

Federal Rules of Civil Procedure 12(b)(1) and 12(b)(6), the Court hereby DENIES Defendants'

Motion (ECF Nos. 44).

Additionally, for the reasons stated in the accompanying Memorandum Opinion, and

pursuant to Federal Rule of Civil Procedure 12(b)(1), the Court hereby GRANTS Plaintiffs'

Motion (ECF Nos. 41) for lack of jurisdiction. Defendants' Second Cause of Action is hereby

DISMISSED WITHOUT PREJUDICE.

Let the Clerk file a copy of this Order electronically and notify all counsel of record.

It is so ORDERED.

_____/s/_____

David J. Novak
United States District Judge.

Richmond, Virginia
Date: November 8, 2022