IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF VIRGINIA

Richmond Division

SS RICHMOND LLC, *et al.*,
    Plaintiffs,

v.                              Civil No. 3:22cv405 (DJN)

CHRISTOPHER A. HARRISON, *et al.*,
    Defendants.

**ORDER**
**(Dismissing Case With Prejudice)**

This matter comes before the Court on the parties' Joint Stipulation for Dismissal With Prejudice (ECF No. 129). Based on the Stipulation, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), the Court hereby DISMISSES WITH PREJUDICE all claims in the instant case, with each party to bear its own costs and attorney's fees. Based on the Stipulation, pursuant to *Kokkonen v. Guardian Life*, 511 U.S. 374 (1994), the Court retains jurisdiction over this matter for the purpose of enforcement of the settlement, including ordering the case to be reinstated and awarding the prevailing party its costs, to include reasonable attorneys' fees.

This case is now CLOSED.

Let the Clerk file a copy of this Order electronically and notify all counsel of record.

It is so ORDERED.

                                                    /s/
                                        David J. Novak
                                        United States District Judge

Richmond, Virginia
Dated: May 2, 2023