# UNITED STATES DISTRICT COURT

--------------Eastern----------------------- DISTRICT OF   ----------------Virginia--------------------
Richmond Division

SS RICHMOND, et al.,

     Plaintiffs,

          v.

    CHRISTOPHER A. HARRISON, et. al.,

     Defendants.

**JUDGMENT IN A CIVIL CASE** Case number:   3:22CV405

 **Jury Verdict**.   This action came before the Court for a trial by jury.   The issues have been tried and the jury has rendered its verdict.

XX **Decision by Court**. *This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

 **IT IS ORDERED AND ADJUDGED** that Judgment is entered against Defendants and in favor of Plaintiffs in the amount of the Purchase Price ($6,000,000.00), plus post-judgment interest at the applicable federal rate under 28 U.S.C. §1961, from the date of entry until paid.

September 19, 2023
Date

FERNANDO GALINDO,
Clerk

(By) Deputy Clerk