# EXHIBIT A-4

# quinn emanuel trial lawyers

865 S. Figueroa Street, 10th Floor
Los Angeles, California 90017

September 11, 2023

Steve Snider

████████████████████████████
████████████████

Matter #: 10101-00003
Invoice Number: 101-0000157244
Responsible Attorney: Keith H. Forst

<u>Model Tobacco</u>

For Professional Services through August 31, 2023 in connection with Model Tobacco Dispute with Chris Harrison.

| | |
|---:|---:|
| Fees | $36,770.50 |
| 15% Discount | -$5,515.58 |
| Net Billed Fees | $31,254.92 |
| Expenses | $256.19 |
| Net Amount | $31,511.11 |
| Total Due This Invoice | $31,511.11 |
| Balance Due from Previous Statement(s) | ████ |
| Total Balance Due | ████ |

Confidential – May include attorney-client privileged and work-product information

**quinn emanuel trial lawyers**

September 11, 2023  Matter #: 10101-00003
Page 2  Invoice Number: 101-0000157244

## Statement Detail

| Date | Timekeeper | Description | Hours |
|---|---|---|---|
| 08/08/23 | NI1 | Review defendants' proposed changes to assignments; correspond with team and client group regarding same. | 0.20 |
| 08/08/23 | KHF | Review email and proposed revisions by Defendants and correspond regarding same (0.3). | 0.30 |
| 08/10/23 | NI1 | Prepare for hearing on motion to enforce; confer with S. Snider regarding assignment agreements; prepare response to defendants regarding same. | 0.30 |
| 08/10/23 | ES6 | Prepare for filing notice of appearance of JN (0.1). | 0.10 |
| 08/11/23 | KHF | Review and revise email/letter regarding breach (0.4). | 0.40 |
| 08/14/23 | KHF | Discuss hearing and correspond with client, begin outlining points (0.6). | 0.60 |
| 08/15/23 | PH2 | Prepare research on prejudgment interest demand for hearing on motion to enforce; correspond with N. Inns regarding same. | 1.40 |
| 08/15/23 | KHF | Review email from client and correspond with opposing counsel (0.3). | 0.30 |
| 08/16/23 | KHF | Prepare for hearing and discuss with team and client (1). | 1.00 |
| 08/16/23 | NI1 | Confer with K. Forst regarding hearing on motion to enforce; prepare email update to Court. | 0.40 |
| 08/17/23 | KHF | Prepare for hearing (1). | 1.00 |
| 08/17/23 | NI1 | Prepare for hearing on motion to enforce settlement; confer with K. Forst regarding same. | 0.60 |
| 08/18/23 | JWN | Attend hearing on motion to enforce; confer with K. Forst in preparation of same. | 1.50 |
| 08/18/23 | NI1 | Prepare for and attend hearing on motion to enforce settlement agreement; prepare proposed judgment in connection with same. | 3.70 |
| 08/18/23 | SXW | Call w/ KAF re: hearing strategy, call w/ KAF re: enforcing judgment. | 0.70 |
| 08/18/23 | KHF | Prepare for and participate in hearing (2.5); discuss hearing with client (0.3); discuss options regarding collecting judgment and research same (1); discuss situation with S. Watson and E. Winston (0.5) | 4.30 |
| 08/18/23 | EDW | Conference with K. Forst re judgment issues. | 0.20 |

# quinn emanuel trial lawyers

September 11, 2023  Matter #: 10101-00003
Page 3  Invoice Number: 101-0000157244

| Date | Timekeeper | Description | Hours |
|---|---|---|---|
| 08/20/23 | SXW | Review and revise draft judgment and related emails. | 0.40 |
| 08/20/23 | KHF | Review draft order (0.2). | 0.20 |
| 08/20/23 | EDW | Review and revise judgment; exchange e-mails with QE team re same. | 1.00 |
| 08/21/23 | NI1 | Revise proposed judgment; correspond with S. Snider and opposing counsel regarding same. | 0.20 |
| 08/21/23 | SXW | Emails re: draft judgment. | 0.30 |
| 08/21/23 | EDW | Exchange e-mails with QE team and client re judgment. | 0.40 |
| 08/22/23 | NI1 | Revise proposed judgment; research applicable interest rates; correspond with S. Snider, K. Forst, and opposing counsel regarding judgment. | 0.50 |
| 08/22/23 | SXW | Emails re: finalizing judgment. | 0.20 |
| 08/23/23 | KHF | Review opinion by Colombell, discuss same, and correspond with client (1), | 1.00 |
| 08/23/23 | NI1 | Analyze report and recommendation from Magistrate Judge; confer with K. Forst regarding same; correspond with team regarding next steps. | 0.50 |
| 08/23/23 | SXW | Review Report and Recommendation and related emails w/ QE team. | 0.80 |
| 08/23/23 | PH2 | Analyze order from Magistrate Colombell and prepare memorandum regarding same; conference with K. Forst regarding same. | 0.90 |
| 08/28/23 | NI1 | Correspond with G. Doumar regarding K-1s. | 0.20 |
| | | Total Hours | 23.60 |

**Fee Summary**

| Attorneys | Init. | Title | Hours | Rate | Amount |
|---|---|---|---|---|---|
| Scott L. Watson | SXW | Partner | 2.40 | 1,735.00 | 4,164.00 |
| Eric D. Winston | EDW | Partner | 1.60 | 1,735.00 | 2,776.00 |
| Keith H. Forst | KHF | Partner | 9.10 | 1,690.00 | 15,379.00 |
| Jared W. Newton | JWN | Partner | 1.50 | 1,505.00 | 2,257.50 |
| Nicholas Inns | NI1 | Associate | 6.60 | 1,385.00 | 9,141.00 |
| Paul Henderson | PH2 | Associate | 2.30 | 1,305.00 | 3,001.50 |
| Case Assistants | Init. | Title | Hours | Rate | Amount |

# quinn emanuel trial lawyers

| | |
|---|---|
| September 11, 2023 | Matter #: 10101-00003 |
| Page 4 | Invoice Number: 101-0000157244 |

| | | | | | |
|---|---|---|---|---|---|
| Emily Sullivan | ES6 | Paralegal | 0.10 | 515.00 | 51.50 |

## Expense Summary

| Description | | | Amount |
|---|---|---|---|
| Local business travel | | | 136.15 |
| Document Reproduction | 0.24 | per page based on market not cost | 35.04 |
| Air travel | | | 85.00 |
| | | Total Expenses | $256.19 |

Abu Dhabi | Atlanta | Austin | Beijing | Berlin | Boston | Brussels | Chicago | Dallas | Doha | Hamburg | Hong Kong | Houston | London
Los Angeles | Mannheim | Miami | Munich | Neuilly La Défense | New York | Paris | Perth | Riyadh | Salt Lake City
San Francisco | Seattle | Shanghai | Silicon Valley | Stuttgart | Sydney | Tokyo | Washington DC | Zurich

# quinn emanuel trial lawyers
### quinn emanuel urquhart & sullivan, llp

## Current Invoice Summary

Matter Name : Model Tobacco

| | |
|---|---|
| Matter #: 10101-00003 | Total Fees.................................................$31,254.92 |
| Bill Date: September 11, 2023 | Expenses......................................................$256.19 |
| Invoice Number: 101-0000157244 | Total Due this Invoice............................$31,511.11 |

**Payment Due By October 13, 2023**

## Account Summary

Balance Due from Previous Statement(s)..................... ▮
Total Balance Due................................................................

## Current Account Summary

| Date | Invoice No. | Month of Service | Amount Billed | Payments Applied | Outstanding Amount |
|---|---|---|---|---|---|
| ▮ | ▮ | ▮ | ▮ | ▮ | ▮ |
| ▮ | ▮ | ▮ | ▮ | ▮ | ▮ |
| ▮ | ▮ | ▮ | ▮ | ▮ | ▮ |
| ▮ | ▮ | ▮ | ▮ | ▮ | ▮ |
| ▮ | ▮ | ▮ | ▮ | ▮ | ▮ |
| 09/11/23 | 101-0000157244 | August 2023 | $31,511.11 | $0.00 | $31,511.11 |

*REMITTANCE* (watermark)

**Please reference invoice number and send check to:**

Quinn Emanuel Urquhart & Sullivan, LLP
865 S. Figueroa St., 10th Floor
Los Angeles, CA 90017

| | |
|---|---|
| Or Wire funds to: | City National Bank |
| | 555 South Flower St., 12th Floor |
| | Los Angeles, CA  90071 |
| Account Info: | Quinn Emanuel Urquhart & Sullivan, LLP |
| Bank Account: | Deposit Account #210032347 |

# quinn emanuel trial lawyers
quinn emanuel urquhart & sullivan, llp

Bank ABA No.:            122016066
Swift Code:              CINAUS6L
*References:*            *Invoice number and client name / matter number please*

Tax ID# 95-4004138

Abu Dhabi | Atlanta | Austin | Beijing | Berlin | Boston | Brussels | Chicago | Dallas | Doha | Hamburg | Hong Kong | Houston | London
Los Angeles | Mannheim | Miami | Munich | Neuilly La Défense | New York | Paris | Perth | Riyadh | Salt Lake City
San Francisco | Seattle | Shanghai | Silicon Valley | Stuttgart | Sydney | Tokyo | Washington DC | Zurich