IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF VIRGINIA

Richmond Division

SS RICHMOND LLC, *et al.*,
    Plaintiffs,

    v.                                                                      Civil No. 3:22cv405 (DJN)

CHRISTOPHER A. HARRISON, *et al.*,
    Defendants.

**ORDER**
**(Granting in Part and Denying in Part Plaintiffs' Request for**
**Prejudgment Interest and Attorneys' Fees)**

This matter comes before the Court on Plaintiffs' Memorandum in Support of Their

Request for Prejudgment Interest and Attorneys' Fees ("Memorandum" (ECF No. 171)),

requesting that this Court award prejudgment interest at a rate of six percent starting June 8,

2023, and attorneys' fees and costs related to enforcing the Settlement Agreement, as well as

those incurred in moving for attorneys' fees. For the reasons stated in the accompanying

Memorandum Opinion, the Court hereby GRANTS IN PART and DENIES IN PART Plaintiffs'

request for prejudgment interest and attorneys' fees and costs. The Court GRANTS an award of

prejudgment interest at an annual rate of six percent. However, Plaintiffs are entitled to

prejudgment interest starting June 9, 2023 — the date that the payment became overdue — until

judgment was entered on September 19, 2023. In addition, the Court GRANTS a reduced award

of Fifty Thousand, Three-Hundred Eighty Dollars ($50,380.00) in attorneys' fees and Eight-

Hundred Ninety-One Dollars and Eighty-Six Cents ($891.86) in costs, for a total of Fifty-One

Thousand, Two-Hundred Seventy-One Dollars and Eighty-Six Cents ($51,271.86) in attorneys'

fees and costs.

The Court DIRECTS the Clerk to enter judgment on behalf of Plaintiffs in accordance with this Order.

Let the Clerk file a copy of this Order electronically and notify all counsel of record.

It is so ORDERED.

_____/s/_____

David J. Novak
United States District Judge

Richmond, Virginia
Dated:  November 14, 2023