AO 450 (Rev. 5/85) Judgment in a Civil Case

# UNITED STATES DISTRICT COURT

--------------Eastern------------------------ DISTRICT OF ----------------Virginia--------------------
                                  Richmond Division

SS Richmond LLC, et al.,

    Plaintiff,

v.

                                           **JUDGMENT IN A CIVIL CASE**

Christopher Harrison, et al.,              Case number: 3:22cv405-DJN

    Defendant.

[] **Jury Verdict**.   This action came before the Court for a trial by jury.   The issues have been tried and the jury has rendered its verdict.

[X] **Decision by Court**. *This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED** that the Court hereby GRANTS IN PART and DENIES IN PART Plaintiffs' request for prejudgment interest and attorneys' fees and costs. The Court GRANTS an award of prejudgment interest at an annual rate of six percent. However, Plaintiffs are entitled to prejudgment interest starting June 9, 2023 -the date that the payment became overdue-until judgment was entered on September 19, 2023. In addition, the Court GRANTS a reduced award of Fifty Thousand, Three-Hundred Eighty Dollars ($50,380.00) in attorneys' fees and Eight-Hundred Ninety-One Dollars and Eighty-Six Cents ($891.86) in costs, for a total of Fifty-One Thousand, Two-Hundred Seventy-One Dollars and Eighty-Six Cents ($51,271.86) in attorneys' fees and costs. Judgment is hereby granted in favor of the plaintiffs, SS Richmond LLC, and MK Richmond LLC.

November 14, 2023                                      FERNANDO GALINDO,
Date                                                                   Clerk

                                                                                 (By) Deputy Clerk